RECEIVED
MAY 25 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KATHY J. KOHARSKI, ET AL. | MISC. CASE NO. 17-mc-00092<br>RELATED CASE 14-1672 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Kathy J. Koharski, as Executrix and Derivative Claimant; and Bernadette Foulds, as Derivative Claimant of the Estate of Richard L. Foulds, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE